# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK SCOT WITCHER<br>[DOB: 03/15/1966],<br><br>    Defendant. | CASE NO. 23-00115-W-CR-RK<br><br>**COUNT ONE:**<br>**False Statements in a Tax Return**<br>26 U.S.C. § 7206(1)<br>NMT Three Years' Imprisonment<br>NMT $100,000 Fine<br>NMT One Year Supervised Release<br>Class E Felony<br><br>$100 Special Assessment |

## INFORMATION

**THE UNITED STATES CHARGES THAT:**

### COUNT ONE
### False Statements in a Tax Return

On or about October 29, 2019, in the Western District of Missouri and elsewhere, defendant, PATRICK SCOT WITCHER, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return for the calendar year 2018, which contained a written declaration that it was made under the penalties of perjury and which WITCHER did not believe to be true and correct as to every material matter, to wit, WITCHER filed a materially false Form 1040, U.S. Individual Income Tax Return for calendar year 2018, with the Internal Revenue Service, signed under the penalty of perjury, on which he omitted the installment income from the sale of a payday lending enterprise relative to his investment and ownership in RTR SOLUTIONS, LLC; all in violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By: /signature/

PATRICK D. DALY
Assistant United States Attorney

BRENT S. WIBLE
Chief, Money Laundering and Asset Recovery Section,
U.S. Department of Justice

By:    */s/ Chad M. Davis*

CHAD M. DAVIS
Trial Attorney, Money Laundering and Asset Recovery
Section, U.S. Department of Justice

Dated: May 22, 2023