IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:23-00115-01-CR-W-RK ) |
| PATRICK SCOT WITCHER, | ) ) |
| Defendant. | ) ) |

## ORDER

On May 22, 2023, Defendant appeared before United States Magistrate Judge Lajuana M. Counts and entered a plea of guilty to Count One of an Information, filed on May 22, 2022. (Doc. 1.) On May 22, 2023, Judge Counts issued her Report and Recommendation. (Doc. 9.)

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is hereby **ORDERED** that Defendant's plea of guilty is accepted and Defendant is adjudged guilty. Defendant's sentencing hearing will be scheduled, and the parties will be notified of the date and time of sentencing.

**SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 3, 2023.